contention, there is nothing about the procedure for the Board of Trustee's authorization of lawsuits that would serve to undermine the Attorney General's duties and authority under the Executive Law (*see generally* § 63).

Finally, we reject the contention of respondent/defendant Eugene Tenney in each cross appeal that the court erred in denying his request for attorney's fees. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ In the Matter of STATE UNIVERSITY OF NEW YORK, Appellant-Respondent, v TOWN OF AMHERST et al., Respondents, and EUGENE TENNEY, Respondent-Appellant. (Appeal No. 2.) [918 NYS2d 907]—Appeal and cross appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered June 9, 2010 in a CPLR article 78 proceeding and a declaratory judgment action. The judgment granted the motions of respondents/defendants to dismiss the petition/complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of State Univ. of N.Y. v Town of Amherst* (81 AD3d 1476 [2011]). Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ In the Matter of STATE UNIVERSITY OF NEW YORK, Appellant-Respondent, v TOWN OF AMHERST et al., Respondents, and EUGENE TENNEY, Respondent-Appellant. (Appeal No. 3.) [918 NYS2d 908]—Appeal and cross appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered June 9, 2010 in a CPLR article 78 proceeding and a declaratory judgment action. The judgment granted the motions of respondents/defendants to dismiss the petition/complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of State Univ. of N.Y. v Town of Amherst* (81 AD3d 1476 [2011]). Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.